UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br>   v.<br>FABRIS,<br>             Defendant. | Case No.  17-cr-00386-VC-2<br><br>**ORDER DENYING MOTION TO SEAL WITHOUT PREJUDICE**<br>Re: Dkt. Nos. 80, 87 |

The Court will not seal medical information that is relevant to the request for compassionate release, unless that information is particularly sensitive (for example, a defendant's HIV+ status). Accordingly, the motions to seal are denied without prejudice. The parties may file a renewed motion to seal that includes (i) a public copy of the medical records, with sensitive or irrelevant information redacted, and (ii) a sealed copy of the records, with all proposed redactions highlighted. The motion to seal is due by 5:00 PM PDT on July 14, 2020.

**IT IS SO ORDERED.**

Dated: July 4, 2020

VINCE CHHABRIA
United States District Judge